UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHAEL C. WILLIAMS,

    Plaintiff,

  v.                                      18-CV-515
                                           ORDER
JOHN DOE 1, et al.,

    Defendants.

In this case, Michael C. Williams has sued a number of defendants, including Niagara Falls Mayor Paul Dyster, Niagara Falls Police Chief Jeff McGuire, and a number of "John Doe" police officers. Pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997)(per curium), the Court requests that the City of Niagara Falls Corporation Counsel's Office, which will in all likelihood appear for the defendants associated with the City of Niagara Falls, ascertain the full names of the "John Doe" police officer defendants whom plaintiff seeks to sue. The City of Niagara Falls Corporation Counsel's Office is also requested to provide the addresses where the defendants can currently be served. The City of Niagara Falls Corporation Counsel's Office need not undertake to defend or indemnify these individuals at his juncture. This order merely provides a means by which the plaintiff may name and properly serve the defendants as instructed by the Second Circuit in *Valentin*.

The City of Niagara Falls Corporation Counsel's Office is hereby requested to produce the information specified above regarding the identities of the John Doe defendants by May 15, 2019. Once this information is provided, the plaintiff's complaint

shall be deemed amended to reflect the full names of the defendants, summonses shall be issued, and the Court shall direct service on the defendants.

The Clerk of Court also shall forward a copy of this order, the complaint, and any amended complaint, by mail to Craig H. Johnson, Esq., Corporation Counsel, City of Niagara Falls Law Department, 745 Main Street, Niagara Falls, NY 14301.

SO ORDERED.

Dated: April 6, 2019
Buffalo, New York

*s/ Lawrence J. Vilardo*
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE